DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## JOINT VENTURE v. CITY OF WINSTON-SALEM

No. 109 PC.

Case below: 54 N.C. App. 202.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.

## LARSEN v. SEDBERRY

No. 103 PC.

Case below: 54 N.C. App. 166.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.

## LORDEON v. PETERS

No. 110 PC.

Case below: 54 N.C. App. 191.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 January 1982. Motion of Commissioner to dismiss appeal for lack of substantial constitutional question allowed 12 January 1982.

## NEWMAN v. NEWMAN

No. 355 PC.

Case below: 53 N.C. App. 630.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.

## NOLAND CO. v. POOVEY

No. 88 PC.

Case below: 54 N.C. App. 695.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.